UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON A. JENSEN,

    Plaintiff,

v.                                                                                          Case No: 8:20-cv-337-T-30JSS

BAYCARE MEDICAL GROUP,
CIRCLES OF CARE, MERCY MARIAN
CENTER, ASCENSION ALL SAINTS
HOSPITAL, SPRINGBROOK
HOSPITAL, NORTH TAMPA
BEHAVIORAL HEALTH and VIRGINIA
HOSPITAL CENTER,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. 5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is **DENIED** without prejudice.

3. Plaintiff's Complaint (Dkt. 1) is **DISMISSED** without prejudice.

4. Plaintiff may file an amended complaint that complies with the Federal Rules of Civil Procedure and that remedies the deficiencies discussed in the Report and Recommendation within twenty (20) days of the date of this Order. Failure to file an amended complaint by this deadline shall result in this action being closed without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record